O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. BRANTLEY,<br><br>Petitioner,<br><br>v.<br><br>R.E. LEWIS, Warden,<br><br>Respondent. | Case No. SACV 14-0134-JGB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge issued May 26, 2015. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition as untimely is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: August 11, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE