JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. BRANTLEY,<br><br>        Petitioner,<br><br>        v.<br><br>R.E. LEWIS, Warden,<br><br>        Respondent. | Case No. SACV 14-0134-JGB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 11, 2015

                                                JESUS G. BERNAL
                                     UNITED STATES DISTRICT JUDGE